F I L E D

FEB. 17 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff *Lowell Green #00518622*

SA23CA0225

v.

Case No. _____

JKP

Defendant *Judge Matt Johnson, et al.*

_____

*Please see Attached
Complaint*

1) Congress disallow Treason. Art. III, §3 — Page 1 of 7

United States District Court For The Western District Court For Co of Texas. Art. III, §2 "Case or Controversy". Standing to sue Federal judge Reed O'Conners, Witchta Falls, Texas "Under Color of Federal" (lying) under Oath of Office. Green V. Director Heath, Warden Andres. Sgt, Jason Retford. Correction officer Sapien, Correction Officer Ira (Doe) (USDX No) 7:16-cv-14-0 (N.D. Tex) (Attacked by Blood Gang Members) For helping McLennan County District Attorney Abel Reyna (secure) 75th Years for Murder of N.D. Clark Robertson Dec. 2011 (Estelle Maley) Housing Projects Waco, Texas (Jermaine Jones) the Killer was seen with Lowell Quincy Green Prior to the Murder. Affiant Detective Kristina Woodruff, Detective Manuel Chavez, and March 2011 Lakewood Villa Apartment Waco, Texas Spring Street (Capital Murder) Ricky Cummings Killed Locke, and Lowell Quincy Green informant was there and March 29, 2012 (housed) in the McLennan County Jail with (both)

Page 1.

Page 2 of 7

Jermaine Jones and Ricky Cummings (I) helped McLennan County (put) Ricky Cummings on Deathrow. (My) Lawyer Lawrence E. Johnson, agreed to use me as an informant. For details visit (Olanda L Garcia (7:16-cv-14-0) he did (received) the (pleadings) and I was housed on James v. Allred unit with Jermaine Jones. The attack is documented by Internal Affairs (Police) they can arrest Judge Reed O'Conner's for a (illegal) Life Sentence (2012-709-C2) deadly weapon. to-wit: a "Firearm or BB Handgun" (recorded) on Bill Clements (via telephone (staff) Counsel for Offender Attorney Johann Ward (treason)

2.  (2012-790-C2) Aggravated Robbery with a deadly weapon, to-wit: a "firearm or BB Handgun" (illegal) 25 years (Johann Ward) discussed the entire indictment (treason)

3.  (2012-791-C2) Aggravated Robbery with a deadly weapon, to-wit: a knife (illegal) 25 years (Johann Ward) (discussed) these illegal convictions

Page 2.

Page 3 of 7

on the tele phone ( Bill Clements) unit (twice)

Attorney Client Privileges (2015) and Green was
Transferred to Jurkes v. Allied (7:16-cv-14-0)

(4) those indictment (5) (6:15-cv-295)(2012-709-c2)
(illegal) Life Sentence (McLennan County Jail) 16-50522

(5) (6:15-cv-366)(2012-790-c2) (illegal) 25 years

(6) (16-51098) and (6:16-cv-290)(2012-791-c2)
(illegal) 25 years, Abel Reyna (Breached)
informant (agreement) to dismiss illegal
indictment (5) 7:16-cv-14-0) (property stolen)

Reed O'Conners Concluded on record
Feb. 24, 2016) "Under the circumstances
of the instant case, Plaintiff has
the state common-law action of Con-
version available to remedy his alleged
deprivation of property." Murphy v. Collins, 26
S.W.3d 541-543-44 (5th Cir. 1994); Meyers
v. Adams, 728 S.W.2d 771 (Tex. 1987)"Conversion
occurs when there is an unauthorized and
unlawful exercise of dominion and
control over property of another which is

Page 3.

Page 4 of 7

inconsistent with the rights of the owner.

~~Released From~~ (@ 7:16-CV-14-0) Green v. State,

(7) 10-16-00438-CR (App-Waco Jan. 11, 2017) Cause no.
2012-704-2 (en banc) Chief Justice Tom Gray, Justice
Rod D. Davis, Justice Al Scoggins, Opinion by Tom Gray, C.J.
" We Resolved Mr. Green's Issue Regarding The Deadly
Weapon Is Not An Element of His Offense. Mandate
Issued May 08, 2017 (Acquitted By Law, and

(8) 10-16-00439-CR (App-Waco Jan. 11, 2017) Cause no.
2012-790-2 (Same) Mandate Issued May 08, 2017 (Acquittal)

(9) 10-16-00440-CR (App-Waco Jan. 11, 2017) Cause no.
2012-791-2 (Same) Mandate Issued May 08, 2017 (Acquitted)

(10) Green v. Judge Matt Johnson, Ken Paxton, Abel Reyna,
Prosecutor, Brandon Luce, Landon Ramsey, ~~Dandoved~~ Al at
J. Bell (Sterling Harmon, Dot, Manuel Chavez, Dot,
Kristina Woodruff, City of Waco Police Department,
Attorney Charles D. Olsen 100 Richie Road Waco, Texas,
City Attorney, Jennifer Anne Richie P.O. Box 2570
Waco, Texas 76702 (Served) Public Defender Stan
~~@@~~ Schwieger, 600 Austin Ave #12 Waco, Texas 76701

(11) Public Defender Ms. Hendricks D. Youngblood, Lawrence
E. Johnson 801 Washington Ave # 400 Waco, Texas 76701

Page 4.

Page 5 of 7

(12.) Luca Law Firm 4600 Bosque Blvd Ste #2B Waco, TX 76710

(13.) Luther Wise, Jimmy Dorrell, Anastasia Collor, Bo Wallace, Kimbely Bitterman (2012-790-C2) March 19, 2012. Mission Waco 1315 N. 15th Street Waco, Texas (Perjury)

(14.) Susan Lee, Chad Trywick (2012-704-C2) March 24, 2012 (Skinny's Convenience Store) (Perjury)

(15.) Jessica Espinoza (2012-791-C2) February 05, 2012 (Skinny's Convenience Store (Perjury) Civil Rights Complaint (Filed) Oct. 11, 2016 (Karen L Matkins) McLennan County District Clerk and Summons Served (10-16-00409-CV) (C. Ct. NO. 2017-3504-5 414th Dist. Court of McLennan County, Texas. Judge's Vickie Lynn Menard, Teresa Santana, Heather Wiesner, Billy Ray Stubblefield (Treason) (Same) Green V. Tom Gray, et al. NO. 6:17-CV-131 (W.D. Tex. May 2017) Robert L. Pitman (Contempt of Court) (bad judge on the Federal Judiciary) aiding and abetting. Judicial Improvement Complaint made by Texas Prisoner Lowell Quincy Green against United States District Judge Robert L. Pitman 5th Circuit Carl E. Stewart (May 15, 2017) Com-

Page 5.

Page 6 of 7

Point Number's "05-17-90071 through 05-17-90073"
Judge Pitman is a Known Liar, Filing False strikes,
Documented. 17-50828 (5th Cir. 2017) Writ = Quo Warranto,
In re: Lowell Quincy Green v. State of Texas. Cause Number
F89-97008-VT (April 1989) (3753) Bernal Drive Dallas,
Texas 75212 (283rd Dist. Court) LOWELL DEQUINCY GREEN,
Unlawfully Knowingly and intentionally operated a motor-
propelled vehicle, namely; an automobile, without
the effective Consent of Richard Elliott. the owner
thereof. Texas Penal Code Ann. 831.07. Against the
Peace and Dignity of State. JOHN VANCE Dallas County
Criminal District Attorney, Quist Hertel
                                        Foreman of the Grand Jury
(Void) indictment. Texas Penal Code Ann. 831.07. he
must intentionally or Knowingly operate a
motor vehicle, namely. a Light Blue Cadilliac
Automobile, value $ 950.00 but under
$ 20,000.00 On May 23, 1989 and with intent to
deprive Richard Elliott of Arlington Texas Tarrant
County of his Automobile, rendered Cause
No. F89-97008-VT (Void ab initio) Parole Officer
                            Page 6.

Page 7 of 7

Charged Hunt (Cause no. F86-69827) Public Defender
J. Whittier, State of Texas. D. Pickett (void) Cause No.
FB4-9700B-UT. Judge Jack Hampton August 10, 1989
(illegal) and (Unauthorized) Jury Trial (30) years
(void) Major June Serris Foreman of the Jury.
510-TZ 03036024 (void) App-Green v. State,
No. 05-89-01170-cal Dallas June 11, 1990 (Justice
Thomas Baker affirmed)(void) Judgment, TDC
#518622 (void) issued (Aug. 28, 1989) illegal
(PDR-0592-90)(Ct. Crim. App. Dec. 12, 1990) refd
("Unknown") Appellate Counsel. No. 17-50828
(Quo Warranto). Green v. State of Texas. Number
6:17-cv-226 (W.D Tex. 2017) on Judge Robert L.
Pitman. Art. VI usurpation. he has no
Jurisdiction of Dallas County (void) indictment
April 1989. or (6:17-cv-131)(void) indictment(s)
April 11. 2012-704-2 (void); April 18. 2012 (2012-7902-2)
April 18, 2012 (2012-79-2) void. Collateral Estoppal
( 7:16-cv-14-0) Plaintiff Demand $14 Million Dollar
Jury Trial and Release IS Automatic. If
this interfer with Justice you will be
charged with (RICO) 18 USC 81965. Lowell Green
Feb. 1. 2023. Nurse Rebay (UTMB) Connolly Pill Nurse is sued
For accepting copies of Indictment(s), and not mailing.
Page 7.



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LOWELL Q. GREEN, TDCJ #00518622 §
Plaintiff, §
§
v. § SA-23-CV-0030-JKP
§
JUDGE ROBERT PITMAN, ET AL., §
Defendants. §

FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal denying Plaintiff Lowell Q. Green's presumed request to proceed *in forma pauperis*, dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), and to the extent he seeks relief pursuant to 28 U.S.C. § 2254, denying his application for want of jurisdiction, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS HEREBY ORDERED that Plaintiff Lowell Q. Green's presumed request to proceed IFP is DENIED and his 42 U.S.C. § 1983 Civil Rights Complaint is DISMISSED WITHOUT PREJUDICE pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g).

IT IS FURTHER ORDERED that to the extent Plaintiff Lowell Q. Green seeks relief pursuant to 28 U.S.C. § 2254, his application is DISMISSED FOR WANT OF JURISDICTION because he has not obtained prior approval to file a successive habeas corpus application.

Page 2 of 20

4) Plaintiff contends the United States
Constitution, Fifth Amendment = barred
a 25 years plea-Bargain September
14, 2013. The State of Texas v. Lewis Quincy
Green. Cause No. 2012-170-c2 Aggravated
Robbery with a Deadly weapon "to-wit"

5) "a Firearm or BB[landgun]" 54th District
Court of McLennan County, Texas. Honorable
Matt Johnson. Finding on use of Deadly
Weapon: N[A "(Acquittal)" Final. Tex. Code
Ann. art. 26.13(a)(2) Binding Contract on
Brandon Luce State of Texas Attorney!
McLennan County Criminal District Attorney's
Office. Abel Reyna. (WR-82, 481-03 (4/1/2015)
Post-Conviction-starting Harmon/Contempt
of Court. Public Defender Lawrence
E Johnson (ineffective assistance of cou
nsel (801 washington Ave #400 Waco TX

Page 2.

Page 3 of 20

76 701. The indictment cause no. 2012-79022
Fundamentally defective on it's face and
does not allege any violation under
Texas Laws. April 19, 2012. FALSE IM-
Prisonment. Parole violator LOWELL DE
QUINCY GREEN. 19-10522 Green v. DAVIS,
3:18-CV-1459-M-BT (N.D. Tex. May 29, 2018)

(16) Cause no. F99-47020-HT. 283d District
Court of Dallas County, Texas. Tex. Penal
Code Ann. § 31.07 (UUMV) Aug. 10, 1999. Jury
Trial (30) years. Hon. Jack Hampton. State
Atty. D Pickett. Public Defender J. Whitter

(7) Foreman of the Jury Mary Jane Ferris,

(8) Green v. State. 05-89-01170-CR. Tex. App-
Dallas June 11, 1990) affirmed Justice
Thomas Bakor, and FBE 0542-90 (Ref. Crim.
App. Dec 12, 1990) and FBE 0542-90 FINAL

Page 3. See other side

Page 4 of 20

(3:18-cv-1464-M-Br) Dkt # 21 (2012-790-22

~~IT IS FURTHER ORDERED that the above-entitled cause is hereby CLOSED.~~

Longview FBI-47008-HK Oct. 15, 2018

~~SIGNED this 25th day of January, 2023.~~ FBI-47008-HK Oct. 15, 2018

Ken Paxton, Susan Francis Son Miguel, Barbara

*Jason Pulliam*

Mi.G. Wynn, Rebecca           JASON PULLIAM
                              UNITED STATES DISTRICT JUDGE

5th Circuit Leslie H. Southwick, Donna

L. mendoza, Dkt 55-1 Case 3:19-cv-1464-m-Br

June 14, 2019 (Disclreبed) FBI-47008-HK 5/23/19

May 23, 2014, The 5th Cir Committed

Treason. Art. III. §3. ~~000610002~~ 1910322

⑨ Glen v. ~~09300 sections~~ 6:15-cv-366 (w.D.

Tex. Sept. 15, 2015) (Cur-82-981-05)

(2019-790-22) VOID ABINITO

⑩ (omitted) unlawfully appro-

priate (Silver Toyota Camry

~~000 000~~ 4-Door Automobile) See

Jeannette Clark, Philip J. Devin Clark

Court (6:15-cv-366) The United

Page 4,

Page 5 of 20

States (Never) had (Subject-matter) Jurisdiction April 18, 2012 "under of State law". Texas legislature's Make Texas Laws and federal employee's shall abide by state law, on § 2254 (...) was not time barred by Hon. Ewing Werlein Jr. (S.D. Tex. Sept. 15, 2015) (4:12-82901-03 (2012-790-22) David Scott, clerk of Court, Mailbox Rule. Estelle Unit Huntsville, Texas. Richard v. Thaler. 710 F. 3d 573 (5th Cir. 2013) barred (Robert L. Pitman) illegal dismissal because the State of Texas (Never) had (Subject matter-Jurisdiction) April 18, 2012 Cause no. 2012-790-22 (omitted) the Value of the property and the Property, omitted and with description Page 6, see other side

int _____ SIGNED this 25th day of January 2023 ___ the Owner Ana-

Stasia Collier of _____ Silver Toyota Camry

4 Door Automobile _____ Plate

JASON PULLIAM
UNITED STATES DISTRICT JUDGE

Number GLT6M528. Texas Plates, License

Year, Automobile Year 2009, Vehicle

Identification Number 4TTBE4X9025

3711 ( Cause No. 2012-790-22) March

19, 2012 (Omitted) Obtain [and] main-

tain, Control of the property "

intentionally [and] knowingly caused

Serious Bodily Injury to Complainant

Anastasia Collier ( 2012-790-22) ~~~~

(1) Lawfull Owning 6 man did then and

there used or exhibited a Deadly

Weapon, to-wit" a Firearm or Handgun"

√ impeached"Robert L Pitman (2012-790-22)

Page 6.

Page 7 of 20

Waco Police Complaint # 12-5431 (Black 45
Caliber Firearm) pointing in Complain-
ante Anacacia Collier + on March 1st 2012
Waco Tribune Herald Newspaper

(12) Lowell Quincy Green was at work March 14, 2012
6:30 A.M. ("Waco Tribune Herald News
Paper delivery man. 16-5103 (impeached)
Jarry E. Smith) Leslie H. Southwick
(16-13-21-3001 (2012-70622) (14-10322
Leslie E. Southwick)(Treason P34-91003/A (VOID)
(13) (omitted)(Light Blue Cadillac) and Value
intentionally (and) Knowingly operated
Richard Elliott Automobile May 23, 1981
(14) April 1984 (Void) Janice Harold Grand
Jury Foreman 2852 district Judge of
Dallas County Texas (5:18-21-431-
M-Br) Congress disallow Treason,
Hair aided Ken Paxton (5:23-21-23-PT) guilty

Page 7. see other side

CONGRESS DO NOT COUNT 1 USC 301 RULES

malicious, or failed to state a claim upon which relief may be granted. The only exception to this is

if the prisoner is in "imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g).

To meet the imminent danger requirement, "the 'threat or prison condition [must be] real

and proximate.'" *Turner v. S. Health Partners*, No. 14-CV-1667-B, 2014 WL 2940580, at *1

(N.D. Tex. June 27, 2014) (citing *Valdez v. Bush*, No. 08-CV-1481-N, 2008 WL 4710808, at *1

(N.D. Tex. Oct. 24, 2008) (internal citation omitted)). Because § 1915(g) requires a showing of

"imminent" danger, allegations of past harm do not suffice; the harm alleged must be about to

occur or occurring at the time the complaint is filed. *Id.* Further, "general allegations not grounded

in specific facts indicating serious physical injury is imminent are not sufficient to invoke the

exception to § 1915(g)." *Miller v. Univ. of Tex. Med. Branch*, No. 16-CV-436, 2016 WL 3267346,

at *2 (E.D. Tex. Jun. 15, 2016) (citations omitted). Section 1915(g) requires that a prisoner allege

specific facts showing he is under imminent danger of serious physical injury. *Turner*, 2014 WL

2940580, at *1 (citing *Valdez*, 2008 WL 4710808, at *1). **imminent danger**

A prisoner who is not proceeding IFP may file a new civil action or appeal even if that

prisoner has three or more dismissals described in section 1915(g). Regardless of whether a

prisoner proceeds IFP in a civil case, if at any time the prisoner's case is dismissed as frivolous or

malicious or for failure to state a claim, the dismissal will count against the prisoner for purposes

of the three-strikes dismissal rule.

2. *Application* **DEMAND $7.25 Million Dollars**

While incarcerated, Green has filed more than three civil actions that have been dismissed

as frivolous or for failure to state a claim upon which relief may be granted. *See Green v. United*

*States of America, et al.*, No. 4:18-CV-01927 (S.D. Tex. Sept. 18, 2019) (dismissed as frivolous); **Green**

(2012-790-C2) (17-50690)(6:16-CV-419-RP)

(same) Green v. Priscilla R. Owens, 4:18-21-1693,

page 8 or other city

Page 11 of 20

Fees with Barbara M.G. Lynn. APRIL 1989
23rd District Court of Dallas County,
Texas. The State of Texas V. Lowell DEMUNY HEEN

25. Cause No. F89-97000 DR Unlawfully
Knowingly and Intentionally (Void) Tex Penal
Code RMn § 31.07 (as wrote expats
merked states Unauthorized use of
another persons automobile provides
intentionally or knowingly _____ thus
Cause no. _____ (Actual Innocence)
but for Barbara M.G. Lynn (Corrup-
tion) on the bench (3:19-cv-143-M-BK)

Document 22. Filed October 31, 2019
Pages 12. Records Ken Paxton, Subway
(various say Miami) show Cause Non
12 of 14 Page ID 104 (Actual Innocence)

26. CONGRESS Business of the Courts,
Mandate (Discovery) 14-10322 and 1651048

Page 11 see other side

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

*(handwritten) Lynn N. Hughes / LBJ-16 No. 22-20131*

*(handwritten) Court Supreme Court ..... Jan-Term-31, oct 2020*

*(handwritten, circled 17) Page 24, ..... violating civil rights is*

Lowell Q. Green
#00518622 Connally Unit
899 FM 632
Kenedy  TX US  78119

*(handwritten) ..... applies to Federal judges*
*(handwritten) ..... have no immunity for FBI, Mr. Saul*

Case: 5:23-cv-00030
Instrument: 5

*(handwritten) ..... Judge Department (same)*

*(handwritten) ..... Report 4:18 .....*

*(handwritten, circled 18)* Attorneys admitted to practice in the Western District of Texas
must register for electronic filing.

*(handwritten, circled 19)* Attorneys granted permission to appear pro hac vice must
immediately register for electronic filing.

For Pro Se Prisoner Filers: You are not required to file
electronically or qualify for e-mail notification, however
non-prisoner pro se litigants may petition the Court for
permission to electronically file.

*(handwritten, circled 20)* For all these matters, please visit our website at:
www.txwd.uscourts.gov/CM/ECF

*(handwritten, circled 21)* *(handwritten) ..... Jan 08, 2021*

*(handwritten, circled Same) (Barbara M. Lynn) ..... TREASON*

*(handwritten, circled 22) Final Barry to ..... Kelly Rod-*
*(handwritten) Vasquez, Jason Pulliam, Orlando L*
*(handwritten) Garcia. Congress did not court*
*(handwritten) bad Judges (Strike) because they*
*(handwritten) are illegal and void. Nobody have*
*(handwritten) to respect a bad judge orders.*
*(handwritten) Page 9. See other side.*



Case 5:23-cv-00033 Document 45 2023
Page 1 of 2

*[handwritten annotations: "22-20131 (2012-790-2) and W.R-02, 991-10" / "(2012-790-2) Contempt (Jason Pullman)" / "Lowell DeQuincy Green" / "Corporation" / "(27)" / various]*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LOWELL Q. GREEN, TDCJ #00518622           §
                                          §
        Plaintiff,                        §
                                          §   SA-23-CV-0033-FB
v.                                        §
                                          §
JUDGE BARBARA M.G. LYNN, ET AL.,          §
                                          §
        Defendants.                       §

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order of Dismissal denying Plaintiff Lowell Q. Green's presumed request to proceed *in forma pauperis*, dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three-strikes dismissal rule of 28 U.S.C. § 1915(g), and to the extent he seeks relief pursuant to 28 U.S.C. § 2254, denying his application for want of jurisdiction, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS HEREBY ORDERED that Plaintiff Lowell Q. Green's presumed request to proceed IFP is DENIED and his 42 U.S.C. § 1983 Civil Rights Complaint is DISMISSED WITHOUT PREJUDICE pursuant to the three-strikes dismissal rule of 28 U.S.C. § 1915(g).

IT IS FURTHER ORDERED that to the extent Plaintiff Lowell Q. Green seeks relief pursuant to 28 U.S.C. § 2254, his application is DISMISSED FOR WANT OF JURISDICTION because he has not obtained prior approval to file a successive habeas corpus application.

*[handwritten: "GRANTED" / "GRANTED" / "28" / "Menna v. NY 1975 ... (The State may not Constitutionally prosecute the charge ..." / "Pg 2-12"]*

Page 13 of 20

vested in the Legislature, not in the judicial department; it is the Legislature, not the Court, which is to define a crime, and ordain his punishment. U.S. V. Wiltberger, 5US ___ F. 2d 988, rehearing denied 551 F. 2d 52 (5th Cir 1977) and a strike does not count on habeas corpus or 28 USCS 1915(g) until (after appeal) Adepegba v. Hammond 103 F3d 384, 387-88 (5th Cir. 1746) Congress did not intend for the district court to freeze out meritorious claim or ossify district court errors. Congress can impeach every judge for bad behavior, usurpation treason, conspiracy. Exactly what we are dealing with right now. The exhibits are "impending" Tell me what deadly weapon. Firearm or BB —

Page 13. See other side

*Page 14 of 20*

*Handgun. Art. VI of the United States*

**IT IS FURTHER ORDERED** that to the extent Green seeks relief pursuant to 28 U.S.C.
§ 2254, his application (ECF No. 1) is **DISMISSED FOR WANT OF JURISDICTION** because
he has not obtained prior approval to file a successive habeas corpus application.

**SIGNED** this 25th day of January, 2023.

*Constitution mandate that all judges of
every state (N)*

FRED BIERY
UNITED STATES DISTRICT JUDGE

*Starwalter, E.S. (2:19-21-169)(11:22-19019)
Lowell DeLuney Israel (Michigan) Freelance
Corporation. bound by Oath or Affir-
mation (Charged) me with this
impossible Crime in the State
of Texas, March 19, 2012 (2012-Time)
and (FB4-4-1003) May 23, 1984*

*or impeachment is what
we have (I) demand strict
proof thereof. Onus Probandi
7.25 Million Dollars Bivens. Con-
Gon. 4 lbs. I712 (1133)(5:23cv-31cv)
Page 10. See other*

*[handwritten: P9-15 of 20]*

*[handwritten: A Corporation is a citizen See FBI Report]*
*[handwritten: NCN E2021320000027470l Supporting]*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LOWELL Q. GREEN, TDCJ #00518622          §
                                          §   *[handwritten: LOWELL DEQUINY GREEN 1214]*
        Plaintiff,                        §
                                          §   SA-23-CV-0030-JKP
*[handwritten: LN-1691 (4:19-0-7440)(Y-19-CV-779) 11/10/2002]*
                                          §
JUDGE ROBERT PITMAN, ET AL.,              §
                                          §
*[handwritten: (30) COLLATERAL ESTOPPEL]*
        Defendants.                       §

**ORDER OF DISMISSAL**

Before the Court is *pro se* Plaintiff Lowell Q. Green's ("Green") 42 U.S.C. § 1983 Civil

Rights Complaint. (ECF No. 1). The Court presumes that because Green did not pay the filing fee

he seeks leave to proceed *in forma pauperis* ("IFP"). Upon review, the Court orders Green's

presumed IFP application **DENIED** and his Complaint **DISMISSED WITHOUT PREJUDICE**

pursuant to the three–strikes rule of 28 U.S.C. § 1915(g). (*Id.*); *see* 28 U.S.C. § 1915(g). The Court

further orders that to the extent Green has sought relief pursuant to 28 U.S.C. § 2254, his

application for writ of habeas corpus is **DISMISSED FOR WANT OF JURISDICTION**

because he has not obtained prior approval to file a successive habeas corpus application. (ECF

No. 1); *see* 28 U.S.C. § 2254(b)(3). *[handwritten: SUBJECT-MATTER JURISDICTION]*

**ANALYSIS**

*[handwritten: CAN BE RAISED AT ANYTIME. IT IS]*

*A. Claims Pursuant to § 1983*

*[handwritten: A THRESHOLD REQUISITE FOR PROSECUTION.]*

1. *Applicable Law*

Under the Prison Litigation Reform Act, a prisoner cannot bring a new civil action or

*[handwritten: Ollier V. Heath 145 S.W.2d 81 281]*

appeal a judgment in a civil action if he has three or more times in the past, while incarcerated,

*[handwritten: (Tex. Crim. App. 1990) Appendix B continued,]*

brought a civil action or appeal in federal court that was dismissed because it was frivolous

*[handwritten: A fundamental defect may be raised at]*

*[handwritten: Page 4a. See other side]*

any time, even years after trial. The Courts have justified this reasoning that if the charging instrument contains a fundamental defect, the trial court never had jurisdiction of the case; thus the entire prosecution was, in effect, illegal and unauthorized. Green v. Lumpkin, No. 3:20-CV-02768 (N.D. Tex. Dallas Division 2020) (A.J. Fish) David L. Haven (WR-82,981-13) (F89-97008-H) Void, 28 U.S.C. 636 Magistrate Judge (Treason) (Green v. Davis) No. 3:18-CV-3309 (David L. Haven) (Green v. Parole Board) 3:21-CV-3140 (David E. Haven) (Green v. David L. Haven) (3:20-CV-03065) (Treason)

(31) (5:23-CV-33-Fred Biery) ignorance of the law is no excuse for a judges bad behavior on the bench under Oath. Schlager v. Heard, 691 F.2d 796 (5th Cir. 1982) In Texas, a fatally defective indictment does not confer jurisdiction on the trial court. 19-10322 (3:18-CV-1459-Barbara M.G. Lynn (F89-97008-H) Void APRIL 1989 and (3:20-CV-02768) Contempt (dis-respecting Congress Confirmation) life-

tenure. Arizona v. Fulminante, 499 U.S. 279. 310 (1991) the Constitutional deprivation, both Federal and State, in these Case(s) is a defect affecting the framework within which the trial proceeded rather than simply an error in the trial process itself. (bad judge) from the beginning. To convict some one ~~on tolas~~ of a crime on the basis of conduct that does not constitute the crime offends the basic notions of justice and fair play embodied in the United States Constitutes. United States v. Briggs, 939 F.2d 222, 228 (5th Cir. 1991)" It is the law of the land that no man's life, liberty, or property be forfeited as a punishment until there has been a charge fairly made and fairly tried in a public tribunal." In re Oliver, 333 U.S. 257. 275 (1948)

32 Kimberly Bitterman. Lowell Quincy Green (Fiancae) gave Detective Manuel Chavez, Detective Kristine Woodruff, Officer Jason Davis, Crime-Scene Erin Newton, Craig Stone a Black Powerline 15xs CO2 Air pistol BB-

Page 17. See other side

Page 18 of 20

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Handgun (March 26, 2012) at 2408 Ethel Ave Apt A
Waco, Texas 76707. April 18, 2012. Aggravated Robbery
with a deadly Weapon-to-wit: a firearm or "BB Handgun",

Lowell Q. Green
#00518622 Sonnerfld, V. 2012-790-C2 (WR-82,981-05) Tel. Cram.
899 FM 632
Kenedy TX US 78119 App. April 1, 2015, & 2254 (6:15-cv-366) Robart

Case: 5:23-cv-00030 Pitman (Sept. 15, 2015) lied under
Instrument: 4
nn his very Own Oath-of-Office. Turner v. Ohio

Attorneys admitted to practice in the Western District of Texas
must register for electronic filing.

Attorneys granted permission to appear pro hac vice must
immediately register for electronic filing. California, 386

For Pro Se/Prisoner Filers: You are not required to file Auto
electronically or register for e-mail notification, however,
non-prisoner pro se litigants may petition the court for U.S. v. Harrison, 314 F. 3d 211
permission to electronically file.

For all these matters, please visit our website at Judge may not give
www.txwd.uscourts.gov/CM/ECF

appearance of partiality. The Supreme Court
held that due process requires the
prosecution to disclose upon request (evidence)
"favorable" to the accused, including ex-
culpatory (evidence). Kimberly Bitterman,
in possession of (Powerline K 15 CO2 Airpistol
BB Handgun"). Brady v. Maryland, 373 U.S. 83 (1963),

Page 18.

Page 20 of 20

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

(expired) WR-82,481-11 (Sept. 11, 2019) (4:20-CV-02585 (S.D. Tex. 2020) Contempt of Court Fifth Cir. 22-20131 (Oct. 2022) Fraud on the Public

Lowell Q. Green
#00518622 Connally Unit
899 FM 632
Kenedy, TX US  78119

Trust, and (3:18-CV-1454-M-BT)

Contempt of Court (Fraud) Fifth Circuit 19-10322,

Case: 5:23-cv-00038
Instrument: 4

(34) Plaintiff incorporates paragraphs @ 6, 7, 8, 9, 10, 11,

Attorneys admitted to practice in the Western District of Texas must register for electronic filing.

12, 13, 14, 15, 16, 17, $7.25 Million Dollars in to appear, and 18, 19, 20, 21, 22, 23, 24) And

Attorneys granted permission to appear, and must immediately register for electronic filing.

For Pro Se Prisoner Filers: You are not required to file electronically or register for e-mail Notification. However, non-prisoner pro se litigants may petition the Court for permission to electronically file. Pay all Court Fees, Attorney Fees,

For all these matters, please visit our website at: www.txwd.uscourts.gov/CMECF. 25, 26, 27, (28) Granted (28, 29, 30, 31,

32) Produce Kimberly Bottorman and BB Handgun White Female DoB: 09/09/1982 Social Security Number 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 Complaint 12-5431 Last Known Residence 1315 N. 15th Street Waco TX (Mission Waco Homeless) (6:22-CV-44) E.D. Tex. Ryder (K. Nicole Mitchell) Magistrate Judge, End of Litigation. I declare and verify under penalty of perjury that the foregoing information is true and correct. 28 USC §1746. Executed Feb. 1, 2023 Lowell Green #510622

Page 20.

Page 19 of 20

March 19, 2012 Complainant Anastasia Collier, reported at 6:30 A.M. 1800 BlK Washington Ave Waco, Texas, LowbLL Quincy Green "pointed" a "Black 45 Caliber Firearm" in her Face. State of Texas, Attorney Brandon Luce. April 18, 2012, deadly weapon to-wit:" a Firearm" or "BB Handgun". In Smith v. State, 455 at 456 (Tex. Crim. App. 1966), this Court discussed how a complaint which had been added to, or altered after it was sworn to by the affiant would cause the entire proceeding to be rendered void ab initio.

Prayer For Relief:

WHEREFORE PREMISES CONSIDERED. Plaintiff respectfully prays this Court grant a declaration that the acts and omissions described herein violated Plaintiffs rights under the Constitution Fourteenth Amendment (Equal Protection Clause) and Procedural Due Process and,

(33) Plaintiff re alleges and incorporates paragraphs 1, 2, 3, 4, 5 (enter) a judgment of acquittal 2012-790-C2) Public Defender Lawrence E. Johnson (Died) in December 2020

Page 19. See other side